452

**COMMISSIONER OF INTERNAL REVENUE, Petitioner,**

v.

**ESTATE of BRAY, Deceased, Bertha Bray Richards, Gyles E. Merrill and Harry G. Gault, Executrix and Co-Executors, Respondents.**

Nos. 17798, 17799.

United States Court of Appeals
Sixth Circuit.

May 22, 1968.

Louis M. Kauder, Department of Justice, Washington, D. C., Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Grant W. Wiprud, Attorneys, Department of Justice, Washington, D. C., on brief, for petitioner.

Harry G. Gault, Flint, Mich., Russell E. Bowers, James P. Ricker, Flint, Mich., on brief, for respondents.

Before PHILLIPS, CELEBREZZE and PECK, Circuit Judges.

ORDER.

This cause was heard and submitted upon transcript of the record, oral argument, and briefs of attorneys for the contending parties, and

It appearing that the findings of the Tax Court of the United States are supported by substantial evidence and are not clearly erroneous,

It is therefore ordered that the judgment of the Tax Court be affirmed for the reasons stated in its memorandum opinion reported at 46 T.C. 577.

**Margaret McD. LEONARD, Administratrix of the Estate of Helen Duffy Wharton, Deceased, Appellant,**

v.

**James H. WHARTON, Administrator, C.T.A., of the Estate of James P. Wharton, Deceased, Appellee.**

No. 11570.

United States Court of Appeals
Fourth Circuit.

Submitted June 7, 1968.

Decided June 13, 1968.

Margaret McD. Leonard, pro se.

Richard C. Rice, Cory, Boss & Rice, Laurel, Md., for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BUTZNER, Circuit Judges.

PER CURIAM:

In this action for wrongful death, the District Court for the District of Maryland granted a motion to dismiss on the ground that the suit was barred by the statute of limitations. For the reasons fully expressed in the opinion of the district court, Leonard v. Wharton, 268 F. Supp. 715 (D.Md.1967), we believe the present appeal is without hope of success, and therefore we dismiss it without allowing oral argument.

The appeal is dismissed.